UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEE HAMPTON,

                    Plaintiff,

v.

HEIDI WASHINGTON, *et al*.,

                    Defendants.

_____/

Civil Action No. 24-10769

Jonathan J.C. Grey
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER GRANTING DEFENDANTS' MOTION
## TO TAKE PRISONER-PLAINTIFF'S DEPOSITION (ECF No. 43)

*Pro se* plaintiff Curtis Lee Hampton ("Hampton"), who currently is an inmate at the Kinross Correctional Facility ("KCF"), brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983.[1]  (ECF No. 1).  Hampton's remaining claims are for violation of the First Amendment, and the remaining defendants are Leslie Cummings and Marjorie Beauchamp (collectively, "Defendants").

Now before the Court is Defendants' motion for leave to take Hampton's deposition. (ECF No. 43).  This motion is based upon Fed. R. Civ. P. 30(a)(2), which provides, in relevant part, that in order to take a deposition, "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) … if the deponent is confined in prison."  Fed. R. Civ. P. 30(a)(2)(B).  Upon consideration, Defendants' motion is appropriate, as it is consistent with Fed. R. Civ. P. 26(b) ("Discovery

---

[1] An Order of Reference was entered on November 24, 2025, referring all pretrial matters to the undersigned pursuant to 28 U.S.C. § 636(b).  (ECF No. 40).

Scope and Limits").

Therefore, Defendants' Motion to Take Prisoner-Plaintiff's Deposition **(ECF No. 43)** is **GRANTED**.  Defendants may take the deposition of Hampton, who currently is incarcerated at KCF, at a date and time to be scheduled with the Michigan Department of Corrections, subject to any reasonable restrictions imposed by the officials at the institution where Hampton is confined at the time the deposition is scheduled to be taken.  Such deposition may be taken either in person, by telephone, or by video conferencing, as allowed under Fed. R. Civ. P. 30(b)(4).

**IT IS SO ORDERED.**

Dated: February 12, 2026            s/David R. Grand
Ann Arbor, Michigan                 DAVID R. GRAND
                                    United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 12, 2026.

s/Julie Owens
JULIE OWENS
Case Manager

2